**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6558**

WILLIAM N. MCKEEVER,

Plaintiff - Appellant,

v.

STATE OF NORTH CAROLINA; GREENE COUNTY DISTRICT COURT; PITT COUNTY DISTRICT COURT; SANDY MEYERS; FARRIS DIXON; PAULA DANCE; MATT SASSER; MAGISTRATE PATRICK COBB; MAGISTRATE MCCRORY; MAGISTRATE WOOTEN; JUDGE CHRIS ROGERSONS; JUDGE ANNETT TURT; HOLLY JONES; M. HARDY; SEAN P. KEENAN; DAVID PHILIPELLIE; TAYLOR CARRAWAY; PATRICK BROADWAY; JUDGE MARVIN BLOUNT; JUDGE JEFF FOSTER; JAY DUPREE; STEVE HAGEN; CARROLL THOMAS; BRADLEY HATCH; DOUG STOCKS; PHILIP HECK; DEBRA WARREN; CASEY OBRIEN; NICK BARNHAM; LIEUTENANT GAY; SERGEANT BARRETT; LIEUTENANT HICKS; JACKIE ROGERS; CAPTAIN BOYETT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:25-ct-03052-D-RJ)

Submitted:  February 26, 2026                    Decided:  March 3, 2026

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

---

William N. McKeever, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William N. McKeever, a North Carolina inmate, seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 complaint.[1]  We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).  "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order and judgment on May 30, 2025, and the appeal period expired on Monday, June 30, 2025.  McKeever filed his notice of appeal on July 9, 2025.[2]  Because McKeever failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[1] McKeever has filed a motion to redact names and for the appointment of counsel. We deny this motion.

[2]  For the purpose of this appeal, we assume that the postmark date appearing on the envelope containing the notice of appeal is the earliest date McKeever could have delivered the notice to prison officials for mailing to the court.  Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988).